## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

MARTHA WHITE, on behalf of herself and a class,
v.
CREDIT CONTROL SERVICES, INC., d/b/a
CREDIT COLLECTION SERVICES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Martha White, Plaintiff.

```
FILED: AUGUST 25, 2008
08CV4850
JUDGE NORGLE
MAGISTRATE JUDGE NOLAN
YM
```

| NAME (Type or print) |
|---|
| Cathleen M. Combs |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Cathleen M. Combs |

| FIRM |
|---|
| Edelman, Combs, Latturner & Goodwin LLC |

| STREET ADDRESS |
|---|
| 120 South LaSalle Street, 18th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00472840 | 312.739.4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐