# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

MARTHA WHITE, on behalf of herself and a class,
v.
CREDIT CONTROL SERVICES, INC., d/b/a
CREDIT COLLECTION SERVICES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Martha White, Plaintiff.

```
FILED: AUGUST 25, 2008
08CV4850
JUDGE NORGLE
MAGISTRATE JUDGE NOLAN
YM
```

| | |
|---|---|
| NAME (Type or print)<br>Daniel A. Edelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel A. Edelman | |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS<br>120 S. LaSalle St. 18th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00712094 | TELEPHONE NUMBER<br>(312) 739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |