### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4850               Assigned/Issued By: j. n.

Judge Name: norgle                  Designated Magistrate Judge: nolan

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00    [ ] $39.00     [ ] $5.00
                [ ] IFP        [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____          Receipt #: 3049113_____

Date Payment Rec'd: 8-25-08_____     Fiscal Clerk: j. n._____

---

**ISSUANCES**

[✓] Summons                             [ ] Alias Summons
[ ] Third Party Summons                 [ ] Lis Pendens
[ ] Non Wage Garnishment Summons        [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons  _____
[ ] Citation to Discover Assets         _____
                                        *(Victim, Against and $ Amount)*
[ ] Writ _____         [ ] Other
     *(Type of Writ)*                   _____
                                        _____
                                        *(Type of issuance)*

1_____ Original and 0_____ copies on 8-25-08_____ as to defendant_____
                                        *(Date)*

_____
_____